USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. OJINIKA IKEDILO,

    Plaintiff,

v.

M.D. MINDY STATTER, M.D. JODY KABAN, M.D. SCOTT MELVIN and MONTEFIORE MEDICAL CENTER,

    Defendants.

No. 19-CV-9967 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 12, 2019, Plaintiff filed affidavits of service stating that Defendants Statter, Melvin, and Montefiore Medical Center were served on November 4, 2019. Defendants Statter, Melvin, and Montefiore Medical Center's answers were due on November 25, 2019. Defendants Statter, Melvin, and Montefiore Medical Center have not appeared, answered, or otherwise responded to the Complaint. Defendants Statter, Melvin, and Montefiore Medical Center shall do so or seek an extension by December 10, 2019. If Defendants Statter, Melvin, and Montefiore Medical Center fail to do so, and Plaintiff intends to move for default judgment against them, she shall do so by January 10, 2020.

Plaintiff shall serve a copy of this Order on Defendants Statter, Melvin, and Montefiore Medical Center and file proof of such service on the docket.

SO ORDERED.

Dated:   December 3, 2019
         New York, New York

Ronnie Abrams
United States District Judge