# Littler

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

January 8, 2020

Nina Massen
212.471-4448 direct
212.583.9600 main
646.417.7534 fax
nmassen@littler.com

MEMO ENDORSED

**VIA ECF FILING**

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/8/20
```

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    Ojinika Ikedilo v. Montefiore Medical Center, Mindy Statter, Jody Kaban
and Scott Melvin
No. 1:19-cv-09967 (RA)

Dear Judge Abrams:

We are Counsel to Defendants Montefiore Medical Center, Mindy Statter, Jody Kaban and Scott
Melvin. We are joined in this letter by Plaintiff's Counsel, Mr. Anthony Ofodile. We respectfully
seek an adjournment of the Initial Scheduling Conference on Friday, January 10, 2020 because
Defendants recently filed a Motion to Dismiss, making the Conference premature.

In Counsels' Joint Letter dated December 20, 2019, Defendants alerted the Court to our
intention to file a Motion to Dismiss on December 27, 2019. We proposed a revised briefing
schedule to accommodate Mr. Ofodile's absence over the holiday period. Our request was
Endorsed by the Court on December 20, 2019. Due to an oversight, we did not request
simultaneously that the January 10, 2020 Initial Scheduling Conference also be adjourned in
light of the motion. We do so now.

Respectfully submitted,

/s/ Nina Massen

Nina Massen

Cc:    Anthony Ofodile, Esq., Plaintiff

4836-3849-6432.1 059574.1284

---

The parties shall file a joint letter no later than January 9, 2020 at
12 P.M. informing the Court whether they seek a stay of discovery
pending resolution of Defendants' motion to dismiss. In the event
the parties seek to stay discovery, the Court will adjourn the initial
conference presently scheduled for January 10, 2020. If the parties
intend to move forward with the discovery, they shall promptly
submit the proposed case management plan described in the
Court's October 29, 2019 Order and the initial conference will
proceed as scheduled.

SO ORDERED.

_____
Hon. Ronnie Abrams
1/8/2020