LAW OFFICES OF ANTHONY OFODILE 
Attorneys-At-Law
498 Atlantic Avenue
Brooklyn, New York 11217
Phone-718-852-8300 Fax. 718-852-7361

January 9, 2020

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/20
```

Re: Ojinika Ikedilo, M.D. v. Mindy Statter, M.D., Et Al
**No. 1:19-cv-09967 (RA)**

Dear Judge Abrams:

I represent the Plaintiff Ojinika Ikedilo in the above referenced case. Further to the Court's Order dated October 8, 2019, and, my conversation with the Court's Clerk earlier today, and having conferred with opposing Counsel Nina Massen, Esq., I wish to advise the Court that Plaintiff would like to proceed with discovery and keep the 3:45 p.m. Conference scheduled for tomorrow, 01/10/2019, while Defense Counsel would prefer to defer all discovery until a decision on the motion.

Plaintiff would like to proceed with discovery because Defendants have not moved to dismiss all the Claims she made in her Complaint. Plaintiff's Counsel, while also not purporting to opine on what the Court would do, also believes that it is unlikely that the Court would dismiss all federal claims pled by Plaintiff in her Complaint and, even were that to happen, discovery conducted would still be relevant to the common law claims which January 9, 2020 Defendants have not moved to dismiss. Because of Plaintiff's particular situation, she feels that it would be in her overall interest to proceed with discovery while the motion practice is going on.

The Court will hold the initial conference tomorrow, January 10, 2020, as originally scheduled. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 27.

SO ORDERED.

Hon. Ronnie Abrams
1/9/2020

Respectfully Submitted:

Law Offices of Anthony C. Ofodile

By *Anthony Ofodile*
Anthony C. Ofodile, Esq,
Counsel for Ojinika Ikedilo