USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. OJINIKA IKEDILO,

    Plaintiff,

v.

M.D. MINDY STATTER, M.D. JODY KABAN, M.D. SCOTT MELVIN and MONTEFIORE MEDICAL CENTER,

    Defendants.

No. 19-CV-9967 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, discovery is stayed pending resolution of Defendants' motion to dismiss.

SO ORDERED.

Dated:    January 10, 2020
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge