USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.D. OJINIKA IKEDILO,

          Plaintiff,

v.

M.D. MINDY STATTER, M.D. JODY KABAN, M.D. SCOTT MELVIN and MONTEFIORE MEDICAL CENTER,

          Defendants.

---

No. 19-CV-9967 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 27, 2019, Defendants filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6). Dkt. 24. Pursuant to the briefing schedule jointly proposed by the parties and endorsed by the Court, Dkt. 22, Plaintiff's response to Defendants' motion was due by February 6, 2020. The Court has not received a response.

No later than February 14, 2020, Plaintiff shall file either a response in opposition to Defendants' motion or a letter indicating that she does not intend to file a response. If Plaintiff chooses not to submit a response in opposition to the motion to dismiss, the Court will deem the motion fully briefed and take it under submission. If, however, Plaintiff does not respond to this Order, either by responding to the motion to dismiss or submitting a letter indicating that she does not intend to do so, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

If Plaintiff files a response in opposition to Defendants' motion to dismiss by February 14, 2020, Defendants shall have one week to file a reply.

SO ORDERED.

Dated: February 10, 2020
       New York, New York

_____
Ronnie Abrams
United States District Judge