```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OJINIKA IKEDILO, M.D.,

                Plaintiff,

                v.

MONTEFIORE MEDICAL CENTER, MINDY STATTER, M.D., JODY KABAN, M.D., SCOTT MELVIN, M.D.,

                Defendants.

No. 19-CV-9967 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On August 31, 2021, the Court granted in part and denied in part Defendants' motion to dismiss this action and lifted the stay of discovery. Dkt. 46. The Court also ordered the parties to jointly submit a proposed case management plan and scheduling order by September 14, 2021. The parties have not done so.

       The parties shall submit that plan and order, or seek an extension, by no later than September 17, 2021.

SO ORDERED.

Dated:    September 16, 2021
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge