UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OJINIKA IKEDILO, M.D.,

                Plaintiff,

      v.

MONTEFIORE MEDICAL CENTER, MINDY STATTER, M.D., JODY KABAN, M.D., and SCOTT MELVIN, M.D.,

                Defendants.

No. 19-cv-9967

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On September 6, 2022, the Court granted the parties an extension until October 31, 2022 to complete expert discovery. By no later than November 16, 2022, the parties shall file a joint letter proposing next steps in this matter, including a briefing schedule for any dispositive motions and/or trial dates, as well as indicating whether a referral to a mediator or magistrate judge for settlement discussions would be productive at this time.

SO ORDERED.

Dated:    November 2, 2022
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge