

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Joseph E. Field
212.497.8492 direct
212.583.9600 main
646.607.9249 fax
jfield@littler.com

January 4, 2023

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Ikedilo v. Statter, et. al.,</u> 19 Cv. 09967 (RA)

Dear Judge Abrams:

This Firm represents the Defendants in the above-referenced action.  I submit this letter to request a slight one day modification to the briefing schedule for the Defendants' motion for summary judgment that was adopted by the Court on November 4, 2022.

At the time that I made the original request, I did not realize that the deadline for the Defendants' original filing on January 16, 2023 was Martin Luther King, Jr. Day, a federal holiday. In addition, my office will be closed that day in observance of the holiday.  Therefore, in accordance with Rule 6(a)(1)(C) of the Federal Rules of Civil Procedure, I request that the deadline for the filing of the Defendants' papers in support of their motion for summary judgment be moved to the next business day, Tuesday January 17, 2023.

I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Joseph E. Field*

Joseph E. Field

cc (via ECF): Anthony C. Ofodile, Esq.

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
1/5/2023