UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OJINIKA IKEDILO,

                            Plaintiff,                            19-CV-09967 (RA)(SN)

           -against-                                             **ORDER**

MINDY STATTER, et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants, as movants, are directed to provide the Court with courtesy copies of all papers and exhibits associated with their motion for summary judgment, in accordance with the Court's Individual Rules of Practice III(C), no later than June 12, 2023.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      June 5, 2023
                  New York, New York