**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
OJINIKA IKEDILO, M.D.,

                Plaintiff,                      19 **CIVIL** 9967 (RA)

      -against-                           <u>**JUDGMENT**</u>

MINDY STATTER, M.D.,
JODY KABAN, M.D.,
SCOTT MELVIN, M.D., and
MONTEFIORE MEDICAL CENTER,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2023, the Court adopts in full Judge Netburn's thorough and well-reasoned Report & Recommendation. Defendants' motion for summary judgment is thus GRANTED in full; accordingly, the case is closed.

**Dated:**  New York, New York
           November 06, 2023

                                                      **RUBY J. KRAJICK**
                                                  _____
                                                        **Clerk of Court**

                                    **BY:**   _____
                                                             **Deputy Clerk**